NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARTIN FREDRICK MASTRIANO,　　　)
DOC# R90472,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　Appellant,　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　)　　　Case No. 2D17-4065
　　　　　　　　　　　　　　　　　　　)
STATE OF FLORIDA,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　Appellee.　　　　　　　　)
_____)

Opinion filed October 26, 2018.

Appeal from the Circuit Court for Pinellas
County; Chris Helinger, Judge.

John H. Trevena of Trevena, Pontrello &
Associates, Largo, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Kiersten E. Jensen,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

　　　　　　　Affirmed.


NORTHCUTT, VILLANTI, and SALARIO, JJ., Concur.